IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

JAN - 9 2007

CLERK, U.S. District COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

MAVERICK RECORDING COMPANY, a
California joint venture; UMG RECORDINGS,
INC., a Delaware corporation; ARISTA
RECORDS LLC, a Delaware limited liability
company; WARNER BROS. RECORDS INC., a
Delaware corporation; and SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership,

       Plaintiffs,

       vs.

STEVE HARPER,

       Defendant.

§§§§§§§§§§§§§§§§§

CIVIL ACTION NO.

**SA07CA0026 XR**

## PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, complain of the Defendant, and would show:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3.      This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.      Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

5.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

8.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

9.      Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

10.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings").  The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights.  In addition to

2

the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13.     Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others.  In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.   Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

15.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16.     As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for

Defendant's infringement of each of the Copyrighted Recordings.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17.    The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

For these reasons, Plaintiffs pray for judgment against Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. Section 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief, either at law or in equity, general or special, to which

they may be entitled.

Respectfully submitted,

DATED:  January 9, 2007                              By:  _____
                                                          Stacy R. Obenhaus
                                                          State Bar No. 15161570
                                                          Lisa L. Honey
                                                          State Bar No. 24048550
                                                          Gardere Wynne Sewell LLP
                                                          3000 Thanksgiving Tower
                                                          1601 Elm Street
OF COUNSEL:                                               Dallas, Texas  75201-4761
                                                          Tel: 214- 999-3000
Geoffrey H. Bracken                                      Fax:  214-999-4667
State Bar No. 02809750                                   sobenhaus@gardere.com
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400                               ATTORNEYS FOR PLAINTIFFS
Houston, Texas  77002-5007
Tel: 713-276-5555

EXHIBIT A

## EXHIBIT A

## STEVE HARPER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Ja Rule | 6 Feet Underground | Rule 3:36 | 270-080 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |

**EXHIBIT B**

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search: Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| whiterney@fileshare | Country_Rockabilly_Folk—Ol 97's - Timebomb.mp3 | Old 97's | 2,942KB | Audio |
| whiterney@fileshare | James mcmurtry - walk between the raindrops.mp3 | James McMurtry | 1,157KB | Audio |
| whiterney@fileshare | Wild Man From Borneo.mp3 | James McMurtry | 4,792KB | Audio |
| whiterney@fileshare | James McMurtry - Safe Side.mp3 | James McMurtry | 3,968KB | Audio |
| whiterney@fileshare | James McMurtry...Red Dress.mp3 | James McMurtry | 4,570KB | Audio |
| whiterney@fileshare | Tired of Walking.mp3 | James McMurtry | 3,912KB | Audio |
| whiterney@fileshare | Comfortable.mp3 | James McMurtry | 3,424KB | Audio |
| whiterney@fileshare | For All I Know_1224123206.mp3 | James McMurtry | 3,722KB | Audio |
| whiterney@fileshare | Every Little Bit Counts.mp3 | James McMurtry | 4,028KB | Audio |
| whiterney@fileshare | String Cheese Incident - Pirates (live).mp3 | String Cheese Incident | 8,856KB | Audio |
| whiterney@fileshare | James McMurtry - Where's Johnny.mp3 | James McMurtry | 4,454KB | Audio |
| whiterney@fileshare | String Cheese Incident- Hey pocky Way.mp3 | Unknown | 7,842KB | Audio |
| whiterney@fileshare | Alt Country-Reckless Kelly - Hey Say May.mp3 | Reckless Kelly | 2,448KB | Audio |
| whiterney@fileshare | Be With Me.mp3 | James McMurtry | 6,498KB | Audio |
| whiterney@fileshare | String Cheese Incident - Galactic.mp3 | String Cheese Incident | 6,804KB | Audio |
| whiterney@fileshare | James McMurtry_Too Long In The Wasteland.mp3 | James McMurtry | 3,819KB | Audio |
| whiterney@fileshare | James McMurtry - Talkin at the Texaco.mp3 | America | 3,853KB | Audio |
| whiterney@fileshare | Troop - Sweet November.mp3 | Troop | 4,513KB | Audio |
| whiterney@fileshare | The Time Of My Life - Dirty Dancing.mp3 | DIRTY DANCING | 2,836KB | Audio |
| whiterney@fileshare | Hootie and the Blowfish - Only wanna be with you.mp3 | Hooty and the Blowfish | 3,076KB | Audio |
| whiterney@fileshare | 09. On The Grind.mp3 | Nelly - Nellyville | 5,578KB | Audio |
| whiterney@fileshare | ja rule - 6 Feel Underground.mp3 | Ja Rule | 4,769KB | Audio |
| whiterney@fileshare | kasey chambers - Changed The Locks (live).mp3 | Kasey Chambers | 3,892KB | Audio |
| whiterney@fileshare | Kasey Chambers - Southern Kind of Life.mp3 | Kasey Chambers | 3,762KB | Audio |
| whiterney@fileshare | Nickle Creek - Cross The Bridge (1).mp3 | Nickel Creek | 3,375KB | Audio |
| whiterney@fileshare | Something Corporate - Walt.mp3 | Something Corporate | 4,023KB | Audio |
| whiterney@fileshare | Fabolous Featuring Tamia.mp3 | Fabolous Ft. Tamia | 6,442KB | Audio |
| whiterney@fileshare | Chris Knight - Love And A .45.mp3 | Chris Knight | 3,044KB | Audio |
| whiterney@fileshare | Misery (Feat_Steven Tyler).mp3 | Pink | 4,256KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field





| User | Filename | Artist | Size | Media Type | Title |
|------|----------|--------|------|-----------|-------|
| whitmey@fileshare | Misery (Feat. Steven Tyler).mp3 | Pink | 4,256KB | Audio | Misery |
| whitmey@fileshare | Counting Crows - Hangin Around.mp3 | Counting Crows | 3,895KB | Audio | |
| whitmey@fileshare | Counting Crows (Adam Duritz)- Ordinary Superman.mp3 | Counting Crows | 3,237KB | Audio | Counting Crows |
| whitmey@fileshare | Musiq Soulchild - Don't Change.mp3 | Musiq | 4,760KB | Audio | |
| whitmey@fileshare | Rent - 1-14 - Out Tonight (1).mp3 | Rent | 2,682KB | Audio | |
| whitmey@fileshare | Les Miserables - Master Of The House.mp3 | Les Mis | 4,025KB | Audio | |
| whitmey@fileshare | Musiq - Luv.MP3 | Musiq Soul Child | 4,762KB | Audio | M... |
| whitmey@fileshare | diary of dreams - colorblind.mp3 | Diary Of Dreams | 5,100KB | Audio | |
| whitmey@fileshare | ( B ) Movie Songs - My Best Friends Wedding - Together Fo... | My best friends wedding | 2,346KB | Audio | Take Me |
| whitmey@fileshare | (How to Lose a Guy in Ten Days) - Carly Simon - Your So Va... | How to Lose a Guy in Ten... | 4,036KB | Audio | |
| whitmey@fileshare | (How to Lose a Guy in Ten Days) - Luce - Good Day.mp3 | How to Lose a Guy in Ten... | 2,963KB | Audio | |
| whitmey@fileshare | (Pat Green) Take Me Down To The River.mp3 | Pat Green | 2,708KB | Audio | |
| whitmey@fileshare | 01 I Drove All Night.wma | Unknown | 3,787KB | Audio | |
| 2 Users | 02 - Keith Urban - Somebody Like You (Album Version) (1)... | Keith Urban | 4,995KB | Audio | Lover... |
| whitmey@fileshare | 05 - Forever And For Always.mp3 | Shania Twain | 4,480KB | Audio | Forel... |
| 2 Users | 08 - TLC - Damaged.mp3 | TLC | 5,463KB | Audio | |
| whitmey@fileshare | 09 What A Beautiful Day - Chris Cagle.mp3 | Chris Cagle | 3,564KB | Audio | W... |
| whitmey@fileshare | 09-forever and a night-girls-girls aloud.mp3 | girls aloud | 5,982KB | Audio | |
| whitmey@fileshare | 14 The Rock Project Ft Tina Arena - Never (Radio Edit).mp3 | The Rock Project Ft Tina ... | 5,241KB | Audio | |
| whitmey@fileshare | 2pac + Phil Collins - In The Air Of Tonight (Maniac Bone Rm... | Tupac and Phil Collins | 3,724KB | Audio | |
| whitmey@fileshare | 702-let_your_hair_down-rns | Unknown | 3,909KB | Audio | 702-let... |
| whitmey@fileshare | Allison Kraus - Just When I Needed You Most.mp3 | Allison Krauss _Dolly Part... | 3,930KB | Audio | Just |
| whitmey@fileshare | Allison Krause_Union Station - When You Say Nothing At ... | Allison Krause_Union Sta... | 4,010KB | Audio | When You... |
| whitmey@fileshare | Allison Krause - Let Me Touch You For Awhile.mp3 | Allison Krauss + Union Stat... | 3,154KB | Audio | Let Me Tra... |
| whitmey@fileshare | Allison Krause_Union Station - Lose Again.mp3 | Allison Krause_Union Sta... | 2,742KB | Audio | |
| whitmey@fileshare | Allison Krauss - Baby, Now That I've Found You.mp3 | Allison Krauss | 3,582KB | Audio | BABY NOW TH... |
| whitmey@fileshare | Allison Krauss - I'll Fly Away.mp3 | Allison Krauss | 3,722KB | Audio | |
| whitmey@fileshare | allison kfauss-I can let go now.mp3 | Allison Krauss | 2,306KB | Audio | |
| whitmey@fileshare | Bela Fleck and the Flecktones - Big Country).mp3 | Bela Fleck and the Fleckt... | 5,176KB | Audio | |

Found 673 files | 2,682,150 users online, sharing 831,876,149 files (5,733,632 GB) | Not sharing any files