IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

vs.

WHITNEY HARPER,

    Defendant.

CIVIL ACTION NO. SA-07-0026-XR

## PLAINTIFFS' SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, complain of the Defendant, and would show:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.  Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

5.  Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.  Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.  Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

8.  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

9.  Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

10. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are

not limited to each of the copyrighted sound recordings identified in Exhibit A, Schedule 1, and Exhibit C attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Schedule 1, and Exhibit C, the Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A, Schedule 1, and Exhibit C. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A, Schedule 1, and Exhibit C. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A, Schedule 1, and Exhibit C was accessible by Defendant.

15. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

For these reasons, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. Section 504.

3.  For Plaintiffs' costs in this action.

4.  For Plaintiffs' reasonable attorneys' fees incurred herein.

5.  For such other and further relief, either at law or in equity, general or special, to which they may be entitled.

Respectfully submitted,

By: _____
Andrew B. Mohraz
Federal ID No. 38065 (Colo. State Bar No.)
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80206-4541
Telephone: (303) 861-7000
Fax: (303) 866-0200
andrew.mohraz@hro.com

Stacy R. Obenhaus
State Bar No. 15161570
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Tel: 214-999-3000
Fax: 214-999-4667
sobenhaus@gardere.com

**ATTORNEYS FOR PLAINTIFFS**

OF COUNSEL:

Geoffrey H. Bracken
State Bar No. 02809750
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
Tel: 713-276-5555

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 5, 2008, a copy of the foregoing **SECOND AMENDED COMPLAINT** was served upon counsel for the Defendant via United States Mail as follows:

Donald Scott Mackenzie
Attorney at Law
9603 White Rock Trail, Suite 324
Dallas, Texas 75238

/s/ Stacy R. Obenhaus
Stacy R. Obenhaus

# EXHIBIT A

## WHITNEY HARPER

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| UMG Recordings, Inc. | Ja Rule | 6 Feet Underground | Rule 3:36 | 270-080 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| UMG Recordings, Inc. | Counting Crows | Hangin' Around | This Desert Life | 271-316 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| SONY BMG MUSIC ENTERTAINMENT | Indigo Girls | Closer to Fine | Indigo Girls | 101-524 |

## **EXHIBIT B**

*[Given the file size, please see Exhibit B to Plaintiffs' Complaint dated January 1, 2007 (Doc. No. 1), which is an exact copy of Exhibit B to Plaintiffs' Second Amended Complaint.]*

# SCHEDULE 1

## HARPER, WHITNEY (WD TX)

| Copyright Plaintiff | Artist | Song Title | Album Title | SR |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | Mr. Jones | August and Everything After | 172-267 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| Warner Bros. Records Inc. | Faith Hill | Beautiful | Cry | 321-377 |
| Warner Bros. Records Inc. | Madonna | Die Another Day | Die Another Day (single) | 314-662 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Little Things | Good Charlotte | 288-305 |
| UMG Recordings, Inc. | Counting Crows | American Girls | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | Sweetest Sin | In This Skin | 378-700 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Real (duet w/ Ja Rule) | J. Lo | 293-297 |
| UMG Recordings, Inc. | Musiq | Dontchange | Juslisen | 308-859 |
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Love Song for No One | Room for Squares | 305-049 |
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Emotionaless | The Young and the Hopeless | 309-099 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez feat. Styles/Jadakiss | Jenny from the Block | This Is Me...Then | 322-106 |
| UMG Recordings, Inc. | Hanson | Save Me | This Time Around | 280-547 |
| UMG Recordings, Inc. | Diana Krall | Why Should I Care | Why Should I Care (single) | 265-006 |

# EXHIBIT C

# WHITNEY HARPER (WD TX)

| Copyright Plaintiff | Artist | Song Title | Album Title | SR |
|---|---|---|---|---|
| Arista Records LLC | Brooks & Dunn | Still in Love With You | Brand New Man | 140-290 |
| Arista Records LLC | Brooks & Dunn | She Used To Be Mine | Hard Workin' Man | 168-005 |
| Arista Records LLC | Brooks & Dunn | My Maria | Borderline | 218-735 |
| Arista Records LLC | Phil Vassar | Just Another Day in Paradise | Phil Vassar | 284-145 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| SONY BMG MUSIC ENTERTAINMENT | Howie Day | Collide | Stop All The World Now | 349-701 |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Cater 2 U | Destiny Fulfilled | 363-786 |
| UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| SONY BMG MUSIC ENTERTAINMENT | Anna Nalick | In My Head | Wreck Of The Day | 372-028 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | How To Deal | The One | 377-949 |