IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MAVERICK RECORDING CO., *et al.*, | § |
| Plaintiffs, | § § § CIVIL ACTION NO. 5:07-CV-026-XR |
| vs. | § § JUDGE XAVIER RODRIGUEZ |
| WHITNEY HARPER, | § § |
| Defendant. | § § |

### JUDGMENT (Docket #76 is GRANTED)

The Court, having previously found Defendant liable for copyright infringement and having entered a permanent injunction in connection therewith (Doc. No. 48, granting Plaintiffs' motion for summary judgment on liability and as to the permanent injunction requested), which findings and injunction are expressly incorporated by reference herein and made a part of this Judgment, and having left open for further determination the amount of damages to be awarded,

**IT IS NOW HEREBY ORDERED AND ADJUDGED THAT:**

1. Judgment shall further enter in favor of Plaintiffs and against Defendant in the amount of $7,400.00.

2. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment.

DONE this 22nd day of October, 2008.

HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE